# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | | |
|---|---|---|
| KATIE DOZIER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 6:20-cv-00569-LSC |
| CITY OF JASPER, | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

Plaintiff filed suit against Defendant alleging violations of the Family's First Coronavirus Response Act of 2020. (Doc. 1.) On July 15, 2021, the Court granted Plaintiff's counsel's Motion to Withdraw as Attorney and Plaintiff began representing herself *pro se*. (Doc. 22.) Defendant filed a Motion to Compel (doc. 23) claiming that Plaintiff was not complying with discovery requests. The Court entered an order instructing the parties to attempt to resolve their differences. (Doc. 24.) Defense counsel informed the Court that they attempted to contact Plaintiff, but she did not respond. (Doc. 25). As a result, the Court set a hearing for September 30, 2021. Plaintiff was informed of the hearing by mail and a law clerk calling to remind Plaintiff. The Court waited an hour and a half for Plaintiff, but she failed to

appear. During the hearing, Defendant moved to dismiss the action for want of prosecution pursuant to Fed.R.Civ.P. 41(b). The Court grants Defendant's motion.

The decision to dismiss for want of prosecution lies within the trial court's discretion and can be reversed only for an abuse of discretion. *Deaton v. Fla.*, 734 F. App'x 748 (11th Cir. 2018), citing *McKelvey v. AT&T Techs., Inc.*, 789 F.2d 1518, 1520 (11th Cir. 1986). Here, Plaintiff has failed to comply with discovery requests and has failed to appear when ordered to do so by the Court. Further, Plaintiff has not answered any of the Court's phone calls when the Court has attempted to contact Plaintiff. Thus, the Court finds that a dismissal of Plaintiff's case for want of prosecution without prejudice is warranted.

Defendant's motion is **GRANTED** and the case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**DONE** and **ORDERED** on October 1, 2021.

_____
L. Scott Coogler
United States District Judge

206888